# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| LUZ N BAEZ,<br><br>    Plaintifs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC<br><br>    Defendant. | Case No.: 8:24-cv-02558-SDM-LSG<br><br><br>NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC ONLY |

**NOTICE IS HEREBY GIVEN** that Plaintiff Luz Baez and Defendant Trans Union, LLC ("Trans Union"), have resolved the claims between them in this matter. The parties are in the process of finalizing the terms and performance attendant to that resolution. The parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Trans Union, LLC only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

1

Dated*:* February 11, 2025,     **CONSUMER JUSTICE LAW FIRM PLC**

*/s/Catherine Tillman*
Catherine Tillman, Esq., FL #0057663
CONSUMER JUSTICE LAW FIRM PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: (941) 263-7310
F: (480) 613-7733
E: ctillman@consumerjustice.com

*Attorneys for Plaintiff,*
*Luz N Baez*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Catherine Tillman*
